## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

IN RE:  DEPUY ORTHOPAEDICS, INC.
PINNACLE HIP IMPLANT
PRODUCTS LIABILITY LITIGATION
_____

**HON. JAMES E. KINKEADE**

|  |  |  |
|---|---|---|
| JOHNNY JACKSON, | : | **MDL 2244** |
|  | : | **MDL Case No. _____** |
| Plaintiff, | : | |
|  | : | **Civil Action No.** |
| v. | : | |
|  | : | |
| DEPUY ORTHOPAEDICS, INC., et al., | : | |
|  | : | **NOTICE OF RELATED CASE** |
| Defendants. | : | |
| _____ | : | |

Plaintiff, by the undersigned attorneys, set forth the following as and for his Notice of Related Case pursuant to Texas LR 3.3(a) and (b)(3):

To the best of Plaintiff's knowledge, information and belief, this action arises from a common nucleus of operative fact with MDL Case No. 3:11-md-02244, IN RE: DEPUY ORTHOPAEDICS, INC. PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION, and actions brought under or removed to such MDL.

Dated:  9/7/11 _____            Respectfully submitted,


BY:  s/  Melissa A. Prickett _____
NAVAN WARD, JR.
MELISSA A. PRICKETT
Email:  navan.ward@beasleyallen.com
BEASLEY, ALLEN, CROW,
  METHVIN, PORTIS & MILES, P.C.